United States District Court
District of Connecticut
FILED AT NEW HAVEN

April 25, 20 23

By  S. Santos
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CONTENTS OF BINANCE ACCOUNT HELD BY USER ID 328682551 IN THE NAME OF RUSHI KAMLESHKUMAR TRIVEDI | No.  3:23-mc-34 (MEG) |

## MOTION TO SEAL

The United States of America respectfully requests that the Affidavit of Special Agent Marie Gleyzer be filed under seal. The information contained in the affidavit is based upon information from an ongoing criminal investigation. Therefore, the government wishes to preserve the integrity of the ongoing criminal investigation by filing the affidavit under seal. The Government requests that this be sealed until further order of the Court.

Respectfully submitted,

VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

*Digitally signed by DAVID NELSON*
*Date: 2023.04.25 11:25:05 -04'00'*

DAVID C. NELSON
ASSISTANT U.S. ATTORNEY
157 CHURCH STREET
NEW HAVEN, CT  06510
(203) 821-3700
FEDERAL BAR # ct25640
David.C.Nelson@usdoj.gov

The Sealed Motion to Seal is Hereby ● GRANTED / ○ DENIED

Issued at New Haven, Connecticut, this  25th  day of April, 2023.

Maria E. Garcia
*Digitally signed by Maria E. Garcia*
*Date: 2023.04.25 15:15:18 -04'00'*

THE HONORABLE MARIA E. GARCIA
UNITED STATES MAGISTRATE JUDGE