UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CONTENTS OF BINANCE ACCOUNT HELD BY USER ID 328682551 IN THE NAME OF RUSHI KAMLESHKUMAR TRIVEDI | No. 3:23-mc-34 (MEG) |

## SEIZURE WARRANT

TO: ANY AGENT OF THE FEDERAL BUREAU OF INVESTIGATION OR OTHER FEDERAL OFFICER:

An affidavit having been made before me by FBI Special Agent Marie Gleyzer, that she has reason to believe that the defendant asset, the Contents of Binance Account held by User ID 328682551 in the Name of Rushi Kamleshkumar Trivedi, was obtained in violation of federal laws, specifically representing traceable proceeds of a wire fraud scheme, in violation of 18 U.S.C. § 1343 and 18 U.S.C. § 1956 that are subject to forfeiture under 18 U.S.C. § 981(a)(1)(A) via 18 U.S.C. § 1956(c)(7)(A) (defining specified unlawful activities to include offenses listed in 18 U.S.C. § 1961(1)) and 18 U.S.C. § 1961(1) (covering 18 U.S.C. § 1343).

Thus, the grounds for the application and issuance of a Seizure Warrant exist as stated in the supporting affidavit, which is incorporated specifically by reference herein:

You are hereby commanded pursuant to 18 U.S.C. § 981(b) to seize the defendant asset, Contents of Binance Account held by User ID 328682551 in the Name of Rushi Kamleshkumar Trivedi, within ten days of the issuances of this Warrant, leaving a copy of this Warrant and a receipt for the property taken, and prepare a written inventory of the property seized and promptly return this Warrant to a United States Magistrate Judge in the District of Connecticut,

as required by law. Further, Binance is hereby commanded to issue the contents of the account immediately to a federal law enforcement officer and freeze the contents of the account until such contents are issued.

Issued at New Haven, Connecticut, this 25 day of April, 2023.

Maria E. Garcia
Digitally signed by Maria E. Garcia
Date: 2023.04.25 15:12:23 -04'00'

THE HONORABLE MARIA E. GARCIA
UNITED STATES MAGISTRATE JUDGE

RETURN AND INVENTORY

On _____, I seized the above described the Contents of Binance Account held by User ID 328682551 in the Name of Rushi Kamleshkumar Trivedi and left a copy of this Warrant with _____.

I swear that this constitutes a true and accurate inventory of all property seized pursuant to this Warrant.

_____
MARIE GLEYZER
SPECIAL AGENT, FBI